## IN THE COURT OF APPEALS OF TENNESSEE

## AT KNOXVILLE

FILED

April 16, 1999

Cecil Crowson, Jr.
Appellate Court
Clerk

| | | |
|---|---|---|
| GEORGE LANGSTON CLARK, | ) | KNOX CHANCERY |
| | ) | |
| Plaintiff/Appellant | ) | NO. 03A01-9807-CH-00224 |
| | ) | |
| v. | ) | HON. H. DAVID CATE |
| | ) | CHANCELLOR |
| LINDA LOUISE CLARK, | ) | |
| | ) | |
| Defendant/Appellee | ) | AFFIRMED |

## J U D G M E N T

This appeal came on to be heard upon the record of the Chancery Court of Knox County and briefs filed on behalf of the respective parties. Upon consideration thereof, this Court is of the opinion that there is no reversible error in the trial court's judgment.

It is therefore ORDERED and ADJUDGED by this court that the judgment of the trial court is affirmed. Costs are assessed to the appellant and its surety. The case is remanded to the Chancery Court of Knox County for collection of costs pursuant to applicable law, for which execution may issue if necessary.

PER CURIAM